CENTER FOR DISABILITY ACCESS
Ray Ballister, Jr., Esq., SBN 111282
Amanda Seabock, Esq., SBN 289900
Dennis Price, Esq., SBN 279082
100 Pine St., Ste 1250
San Francisco, CA 94111
(858) 375-7385
(888) 422-5191 fax
amandas@potterhandy.com
Attorneys for Plaintiff

EDWARD A. KRAUS (SBN: 162043)
eak@svlg.com
KATHRYN E. BARRETT (SBN: 162100)
keb@svlg.com
SILICON VALLEY LAW GROUP
1 North Market Street, Suite 200
San Jose, CA 95113
Telephone: (408) 573-5700
Facsimile: (408) 573-5701
Attorneys for Defendant Spice Route, LLC

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SCOTT JOHNSON, | Case: 5:21-cv-08270-BLF |
| Plaintiff, | |
| v. | **JOINT STIPULATION FOR DISMISSAL PURSUANT TO FEDERAL RULE OF CIVIL PROCEDURE 41(a)(1)(A)(ii)** |
| SPICE ROUTE, LLC, a California Limited Liability Company; and Does 1-10, | |
| Defendant. | |

1

1

## **STIPULATION**

2

3

4        Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), IT IS

5    STIPULATED by and between the parties hereto that this action may be dismissed

6    with prejudice as to all parties; each party to bear his/her/its own attorneys' fees

7    and costs. This stipulation is made as the matter has been resolved to the

8    satisfaction of all parties.

9

10

11   Dated: May 17, 2022            CENTER FOR DISABILITY ACCESS

12
                                    By:    /s/Amanda Seabock
13                                         Amanda Seabock
14                                         Attorneys for Plaintiff

15

16   Dated: May 17, 2022            SILICON VALLEY LAW GROUP

17
                                    By:    /s/Edward A. Kraus
18                                         Edward A. Kraus
19                                         Attorneys for Defendant
                                           Spice Route, LLC
20

21

22

23

24

25

26

27

28

2

1
2
3

## **SIGNATURE CERTIFICATION**

4

I hereby certify that the content of this document is acceptable to Edward A. Kraus,

5

counsel for Spice Route, LLC, and that I have obtained Edward A. Kraus

6

authorization to affix his electronic signature to this document.

7
8

Dated: May 17, 2022                 CENTER FOR DISABILITY ACCESS

9
10

By:    /s/Amanda Seabock

11

Amanda Seabock
Attorneys for Plaintiff

12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28

3